Rev. 3/2014

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeffrey A. McKellop, #35220-509 )
FMC Fort Worth )
P.O. BOX 15330 )
Fort Worth, TX 76119 )
(Enter your full name, prison number and address)

v.

DOJ, ATF, FBI, MURIEL BOWSER, )
YOGANADA PITTMAN, USCP, MPD)
MATTHEW GRAVES, THOMAS A. )
DIBIASE, JAMES E. BOASBERG )
(Enter the full name and address(es), if know, of the defendant(s) in this action)

Case: 1:24-cv-01043
Assigned To : Kelly, Timothy J.
Assign. Date : 3/27/2024
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $400.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you must submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

## I. SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

## II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (X) No ( )

C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.

   Plaintiffs: Jeffrey A. McKellop

   Defendants: WARDEN - FMC Fort Worth

2. Court (If federal court, please name the district; if state court name the county.)
   Northern District of Texas - Fort Worth Division

3. Docket number: 4:24-cv-00023-O

4. Name of judge to whom case was assigned: Judge Reed C. O'Connor

## II. PREVIOUS LAWSUITS - continuation

C.  If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.

**Parties to this previous lawsuit.**

 Plaintiffs:  Jeffrey A. McKellop

Defendants:  WARDEN - DC Department of Corrections & Staff

2. Court:  U.S. District Court for District of Columbia, Washington, DC

 3. Docket number: Not assigned yet, as of this filing

4. Name of judge to whom case was assigned:  Per USP Tracking, the filing has not arrived

5. Disposition:  **Status = Just filed, awaiting Docket no. and Judge assignment**

 6. Approximate date of filing lawsuit: 03/18/2024

7. Approximate date of disposition:  Pending

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED without predjudice

6. Approximate date of filing lawsuit: 01/16/2024

7. Approximate date of disposition: 02/26/2024

## III. PLACE OF CONFINEMENT

FMC Fort Worth - Federal Medical Center
Fort Worth, Texas 76119

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( X)
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( X) No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? DC Jail leaders/custodians, FMC counselor BOP Regional Office, U.S. justice system, FMC administrative office.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (X) No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) Even though at FMC Fort Worth, the FMC Administrative Office basically, denied belonging to the BOP - see enclosed Administrative Exhaustion emails.

4. What happened as a result of your complaint? Nothing really. Was bounced back and forth between DC and Fort Worth, as a result, court action is necessary, with the re-file of a Habeas Corpus Petition in Texas, as it was not prejudiced.

D. If your answer is No to Question III B, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? Since I do not belong to the BOP system, and I'm not on location in DC - mainly talked to the FMC counselor.

**III. PLACE OF CONFINEMENT - continued**
**C. 3**

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

My administrative remedies are at both FMC Fort Worth, my current location and The DC Jail. However, through several emails, The FMC Fort Worth facility denies that I belong to the BOP system for services, therefore, my remedy is in the DC Jail system, which is not available to me, due to this location at FMC Fort Worth. As such, I cannot obtain all the forms required by the DC Jail and meet the timeframe, or to physically place the forms in a "Grievance Box" on location as stated per their rules.

Therefore, this quandary leaves me with "no administrative remedy available" and entitles me to file in court, and it demonstrates that I have exhausted all administrative remedies. Please see attached DC Jail Guide to filing Grievances:

:https://www.washlaw.org/pdf/DC_Jail_Grievance_Guide.pdf

Please see attached emails, letters and other discussions and administrative attempts to remedy my status.

#1

To: Congressman Michael G. Waltz

From: Karen D. Saffron

Date: 3/5/24

RE: Jeffrey A. McKellop, (SFC Ret.) U.S. Army SF 3rd GRP, ODA 394 & 396

Dear Mr. Waltz,

On behalf of the imprisoned above Special Forces member, a dear friend of mine, I'm reaching out to you as a veteran of the 18th ABN Corp, 20th Engr Bde, 283rd Terrain Det. Cdr where I supported the 5th, 7th and 3rd GRPs, then the 3rd GRP in Africa & SOCOM/JSOC as a civilian. Jeff has been held in prison since 3/17/21 for what he knows and what he can tell about the events of January 6th, 2021.

I've been able to maintain contact with him, either through Morse Code or other means, and we are now being intercepted. This man MUST be the first to get released. He's constantly given me intel, I've checked his information, and it's all 100% spot on. I've reached out to our members in Virginia, but absolutely NO response. This man needs a rescue now.

He's supposedly going to trial after 3 years in early May, but I'd love for any or ALL SF members you know to show up at the courthouse or in DC, if they bring him back. He needs the SF to come for him. He's not given up. They have him squirreled away in FMC Fort Worth, TX, with little to no electronic communication, limited phone calls, and of course written letters are read, even his legal mail. Because I am helping him, I'm a target too. Do not turn away from this, when we've both given so much to this country already, if we can assist a traitor, we can assist the BEST this nation has to offer!

They (DC Courts) are trying to declare him incompetent. I will not let that happen. I will include his bio, so you can see his achievements.

Thank you in advance for any help you can provide! De Oppresso Libre - All the Way!

Karen D. Saffron

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va 22042
571-425-1840
karen.d.saffron@gmail.com

C.3

#1a

**Jeffrey Allen McKellop (SFC Ret.) SF 3rd GRP, ODA 394 & 396  - MY TESTIMONY**

I,  Jeffrey A. McKellop, #35220-509 of sound mind, respectfully submit the following statement on my behalf:

I am a decorated and retired Special Forces Green Beret from the 2nd Ranger Battalion, who served this nation honorably for over 30 years, both, militarily and as a civilian.   I am Airborne/ Air Assault/Military Free Fall qualified, with Expert Combat & Infantry Badges, a Combat Medic, earning (3) Bronze Stars, while serving in Kenya, Bosnia, Kuwait, Afghanistan, Iraq, Uzbekistan and (3) tours in Africa.  I held a Top Secret security clearance for over 30 years, with no prior police record until January 6th, 2021.

I am the father of Davis and Paige, who I love and miss very much, having only talked to them twice in 3 years.  My family, home, and livelihood was destroyed, with all that I had worked for over the last 30 years, when the FBI brutally raided and ransacked my home, violating several of my Constitutional rights.  I am being held under duress for what I know about January 6th, 2021. The FBI has continued to confiscate all of my notes and evidence that demonstrate the  planning and execution of the January 6th, 2021 operation.

In my case, it has resulted in the cascading horrors of our judicial system, whereby it resembles more of what I witnessed in foreign countries.  There is no justice and citizens are being subjected to activist judges and prosecutors who demean, slader, chastise, mock, and ridicule every citizen for their constitutionally guaranteed right to protest and freely express civil disobedience.  The "show trials" are just that..a formality to clear their docket, and get citizens squirreled away into the vast bureau of the prison system, all over the country to never surface again.

Therefore, I need to get this information out and into the open for fair and impartial adjudication of what happened on that day.  This case and writing serves as my testimony as to why I am imprisoned.  Notably, habeas corpus was not suspended regarding the events of January 6th, 2021, hence, it was not what they purported it to be.  The vast manipulation of the video evidence by "cherry picking" photos, demonstrates a targeted goal.  This brutal and shameful judicial regime has destroyed the good men and women of this country, and if not stopped, will continue eroding the most essential tenets of a fair and judicial society:  life, liberty, and the pursuit of happiness.  I think it is noteworthy that the Metropolitan Police Department, who played the central role in the operation, instigating the violence and injuries, along with crisis actors, provocateurs, and others, were cited in 2017, 2018, and 2020 for police brutality using the same tactics as used on January 6th, 2021.

In summation, I am being held unlawfully for what I know and what I can expose regarding the events of January 6th, 2021.  I am held under duress, and my personal liberty violated by illegal imprisonment through inferior courts that seek to keep me quiet using superseding indictments.

#2

Gmail

KAREN SAFFRON <karen.d.saffron@gmail.com>

## RE: JEFFREY A. MCKELLOP, #35220-509

KAREN SAFFRON <karen.d.saffron@gmail.com> Fri, Mar 1, 2024 at 2:04 PM
To: jlbrightlaw@gmail.com, mlawlor@verizon.net, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello,

Speaking on behalf of Jeffrey McKellop, which he has given me authority to do so, I need to know the following, since he has tried to contact you several times and has limited ability to do so:

1) Mr. Linder: Jeff wants to know, why are you on his DC case?

2) Mr. Linder: Jeff wants to know why you haven't contacted him about the missing discovery as asked?

3) Mr. Linder: Jeff wants to know what is your relationship with Lawlor?

4) Linder/Lawlor: Jeff wants to know what is your plan for the pre-trial on 5/2/24?

Jeff says Mr. Lawlor can answer these questions as well. These answers will be transmitted tonight or once received.

Thanks in advance,

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

MCKELLOP LTR NOTARZED.pdf
241K

Please Note:

- To date, NO answers have been received. 3/6/24, kds

C.3

Gmail

KAREN SAFFRON <karen.d.saffron@gmail.com>

**RE: STATUS**
1 message

KAREN SAFFRON <karen.d.saffron@gmail.com> Wed, Feb 28, 2024 at 12:44 PM
To: doc@dc.gov, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello,

It has come to our attention that there is some "indecision" as to the status of Jeffrey McKellop, #53220-509 and his location.

Can you please clarify his status, location, and the duration please. Our records show him located in Texas, but we are getting conflicting answers - there should be NO conflict. Is he in the custody of the DOC or not? IF so, what resources is he entitled to as a retired veteran?

Thank you in advance,

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

#4

KAREN SAFFRON <karen.d.saffron@gmail.com>

**RE: U.S. MAIL**

1 message

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Mon, Feb 26, 2024 at 9:58 PM

To: "FTW-ExecAssistant-S (BOP)" <FTW-ExecAssistant-S@bop.gov>, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello,

It has come to our attention that the mail at the FMC Fort Worth facility is being intercepted, manipulated, withheld, and severely delayed, which is in violation of the standard BOP regulation for inmate mail/correspondence.

Please let this office know when the inmates begin to get regular mail delivery in a timely manner, and it should not be more than a day or two old when received.

The timely mail processing is essential to good morale and legal transactions, to avoid significant judicial processing delays. A speedy reply is requested with your noted results.

Thank you in advance,

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

 Gmail

KAREN SAFFRON <karen.d.saffron@gmail.com>

## RE: Phone Call to Mr. Cruz

2 messages

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Tue, Jan 23, 2024 at 9:45 AM
To: FTW-ExecAssistant@bop.gov, KAREN SAFFRON <karen.d.saffron@gmail.com>, "CowboyLogic.us - Info" <info@cowboylogic.us>

Good morning,

My name is Karen Saffron and I was instructed to contact Mr. Cruz at 817-534-8400, for instructions for Jeffrey McKellop, #35220-509, regarding his Legal Mail on its way. However, I've called several times already, taking into account the time zone difference without success.

Is there a better number that I can use to make this phone call? The Operator switchboard is not responding. Mr. Cruz is Mr. McKellop's Case Manager.

Thank you in advance for the assistance!
Karen D, Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Tue, Jan 23, 2024 at 9:55 AM
To: FuriousTim55@protonmail.com

[Quoted text hidden]

#6

Gmail

KAREN SAFFRON <karen.d.saffron@gmail.com>

## Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES

7 messages

**FTW-ExecAssistant-S (BOP)** <FTW-ExecAssistant-S@bop.gov> Tue, Jan 16, 2024 at 10:32 AM
To: "karen.d.saffron@gmail.com" <karen.d.saffron@gmail.com>

Good morning,

Mr. Mckellop is currently in pre-trail detention and is not a designated inmate in the Bureau of Prision's because he has not been sentenced yet. If sentenced and designated to a BOP facility he will meet with a Case Manager who will be able to provide services specific for his situation. I hope this answers your questions.

Thanks,

M. Gjurgevich
Executive Assistant
FMC Fort Worth
3150 Horton Road
Fort Wort, TX 76119
817-534-8400

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Tue, Jan 16, 2024 at 10:38 AM
To: "FTW-ExecAssistant-S (BOP)" <FTW-ExecAssistant-S@bop.gov>, KAREN SAFFRON <karen.d.saffron@gmail.com>

Thank you very much! It does help us to understand better. Have a good day.

Karen D. Saffron
[Quoted text hidden]

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Tue, Jan 16, 2024 at 10:39 AM
To: karen.d.saffron@protonmail.com

[Quoted text hidden]

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Tue, Jan 16, 2024 at 10:39 AM
To: karen.d.saffron@protonmail.com

---------- Forwarded message ---------
From: **FTW-ExecAssistant-S (BOP)** <FTW-ExecAssistant-S@bop.gov>
Date: Tue, Jan 16, 2024 at 10:32 AM
Subject: Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES
To: karen.d.saffron@gmail.com <karen.d.saffron@gmail.com>

[Quoted text hidden]

KAREN SAFFRON <karen.d.saffron@gmail.com>

## Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES

**karen.d.saffron** <karen.d.saffron@protonmail.com> Tue, Jan 16, 2024 at 1:18 PM
To: KAREN SAFFRON <karen.d.saffron@gmail.com>

Excuse me for fumbling here..had to move this over..I inquired, since Jeff is a Vet..there are specific rules that are federal law that MUST be followed. So, basically regional BOP office just confirmed my allegations in the Habeas Corpus to the North Texas Court that I filed! See their answer below! I will pursue this more..just need more hours in the day! 😊
Karen

Sent with Proton Mail secure email.
On Tuesday, January 16th, 2024 at 1:04 PM, KAREN SAFFRON <karen.d.saffron@gmail.com> wrote:

---------- Forwarded message ---------
From: **KAREN SAFFRON** <karen.d.saffron@gmail.com>
Date: Tue, Jan 16, 2024 at 10:39 AM
Subject: Fwd: Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES
To: <karen.d.saffron@protonmail.com>

---------- Forwarded message ---------
From: **FTW-ExecAssistant-S (BOP)** <FTW-ExecAssistant-S@bop.gov>
Date: Tue, Jan 16, 2024 at 10:32 AM
Subject: Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES
To: karen.d.saffron@gmail.com <karen.d.saffron@gmail.com>

Good morning,

Mr. Mckellop is currently in pre-trail detention and is not a designated inmate in the Bureau of Prision's because he has not been sentenced yet. If sentenced and designated to a BOP facility he will meet with a Case Manager who will be able to provide services specific for his situation. I hope this answers your questions.

Thanks,

M. Gjurgevich
Executive Assistant
FMC Fort Worth
3150 Horton Road
Fort Wort, TX 76119
817-534-8400

**KAREN SAFFRON <karen.d.saffron@gmail.com>**

---

## RE: On behalf of Jeffrey McKellop, Inmate #35220-509

**Seth Peritz** <seth@crowleyperitzlaw.com> Thu, Jan 4, 2024 at 10:34 PM
To: KAREN SAFFRON <karen.d.saffron@gmail.com>

Mr. McKellop would need to sign a notarized release form.

I have no way of communicating with him so that is the only way I would know that he is actually making the request. You would be better off speaking with his current counsel who would have everything I have.

Kind Regards,
Seth Q. Peritz, Esq.
**Crowley Peritz Law**
10560 Main Street, Suite 501
Fairfax, Virginia 22030
Phone: (703) 337-3773
Fax: (703) 935-0050
Cell: (703) 447-8776
www.CrowleyPeritzLaw.com

*This e-mail (and any material transmitted with it) is confidential and is intended solely for the use of the individual (or entity) to whom it is addressed. This communication may contain material protected by the attorney-client privilege, work product doctrine and/or any other privilege from disclosure recognized under the law. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify Crowley Peritz Law at the above-listed number. Thank you.*

---

**From:** KAREN SAFFRON <karen.d.saffron@gmail.com>
**Sent:** Thursday, January 4, 2024 10:18:41 PM
**To:** Seth Peritz <seth@crowleyperitzlaw.com>
**Subject:** Re: On behalf of Jeffrey McKellop, Inmate #35220-509

[Quoted text hidden]

 #9

KAREN SAFFRON <karen.d.saffron@gmail.com>

## CHRISTMAS VISIT TO VETERANS IN FMC FORT WORTH

1 message

**KAREN SAFFRON** <karen.d.saffron@gmail.com> Thu, Dec 7, 2023 at 12:18 PM
To: post@post516.org, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello Texas!

My name is Karen Saffron, and I am a Lifelong American Legion member, Post #245, Galax, Virginia.

I'm reaching out to you, to see if y'all could possibly visit a Retired Green Beret of the 2nd Ranger Battalion, who is confined in FMC Fort Worth for 3 years now without a trial for being at January 6th, 2021.

He's not had visits, except to see his children 2x's in 3 yrs and just for an hour, plus all of his military records and commendations have been removed. (separate issue)

So, please get back to me and let me know if we can get a visit for him. I receive letters regularly, but I think a visit is the right thing to do.

Best regards,
Karen Saffron
18th ABN Corps
20th ENGR Bde
CPT Retired

C.3 Case 1:24-cv-01043-TJK Document 1 Filed 03/27/24 Page 16 of 21 #10

Gmail

**KAREN SAFFRON <karen.d.saffron@gmail.com>**

---

## RE: Request for ANY and ALL Notes that Jefferey McKellop provided to you regarding Jan 6

---

**Phillip Linder** <phillip@thelinderfirm.com> Wed, Nov 22, 2023 at 1:57 PM
To: KAREN SAFFRON <karen.d.saffron@gmail.com>, "jlbrightlaw@gmail.com" <jlbrightlaw@gmail.com>, "catherine_henry@fd.org" <catherine_henry@fd.org>, "greghunter@mail.com" <greghunter@mail.com>, "jkiyonaga@carthlink.net" <jkiyonaga@carthlink.net>, "Seth@crowleyperitzlaw.com" <Seth@crowleyperitzlaw.com>, "808shipleylaw@gmail.com" <808shipleylaw@gmail.com>, "katrina_young@fd.org" <katrina_young@fd.org>

Ms. Saffron,

Thank you for your concern. Since we do not have an signed authorization from Mr. McKellop, we are happy to forward any and all notes we have to his new attorney.

If you have any further questions, feel free to call us next week after the holiday.

Respectfully,

Alexis Toscano-Solis

Legal Assistant for

**PHILLIP A. LINDER**

**THE LINDER FIRM**

3300 OAK LAWN AVE, SUITE 700
DALLAS, TEXAS 75219
OFFICE: 214.252.9900
FAX: 214.252.9902
PHILLIP@THELINDERFIRM.COM
WWW.THELINDERFIRM.COM

BEST
D
Texas
Super Lawyers
BOARD
CERTIFIED
Texas Board of Legal Specialization

Notice of Confidentiality: The information contained in this message is attorney/client privileged and confidential information, intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error please contact me immediately. Thank you.

[Quoted text hidden]

WE HAVE BEEN BOMBING THE [illegible] BISHM W/ COMPLAINTS
TO A POINT. THEY BROUGHT THE MARSHALS IN
THE MARSHALS WERE CLERKS & DOUCHE BAGS. WE ASKED
THEM POINT BLANK. "ARE YOU THE ONE WHO MAKES
THE DECISIONS TO MAKE CHANGES?" NOPE THEY
TOOK NOTES TO GIVE TO OTHERS. OUR MEETING
[illegible]RRUPTED INTO NAME CALLING, WORDS & NAMES:
[illegible]IER, CHEAT, SCUM BAGS, COMMUNISTS, DOUCHE BAGS,
[illegible]W & ON. THIS FACILITY WENT AS FAR AS TO BRING IN
[illegible] CLEANING CREW 2 HRS BEFORE THE MEETING. HAD
[illegible] MAN & WOMAN WALKING AROUND IN THE BACK ROUND
[illegible]PENING ACCESS PANNELS BANGING ON NOTHING. JOKE!
[illegible]E CALLED THEM OUT ON IT. "WHO ARE YOU & WHAT ARE
YOU DOING?" I HAVE TWO RAGS I USED TO CLEAN
MY ROOM & USE ONE TO FILTER MY WATER WITH.
BOTH BROWN FROM RUST, HUMAN MATTER, ON & ON.
ANY WAY I'll KEEP YOU POSTED. OH! THEY ARE
MOVING 400 INMATES THIS WEEK. SEEMS OUR CRY
FOR HELP WAS NOTICED, MAYOR BOWSER CAN SUCK
[illegible] YET WE REMAIN. :-(

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (X) No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) No responses really. Meetings are difficult to arrange, I don't belong to the BOP.

4. What happened as a result of your complaint? All results can be seen in the attached email trail.

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Jeffrey A. McKellop, #35220-509
Address: FMC Fort Worth, P.O. Box 15330, Fort Worth, TX 76119

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: James E. Boasberg
Chief Judge U. S. District Court for the District of Columbia
Address: 333 Constitution Avenue N.W. Washington D.C. 20001
Chambers: (202) 354-3300

Defendant: Thomas A. DiBiase
General Counsel, United States Capitol Police

Address: 119 D Street, NE, Washington, DC 20510
USCapitolPolice@uscp.gov

Defendant: Matthew Graves
U. S. Attorney, District of Columbia

Address: 601 D Street, NW, Washington, DC 20579
usadc.webmaster@usdoj.gov

Defendant: Peter Newsham & Robert J. Contee III
Chief, Metropolitan Police Department (MPD)

Address: 441 4th Street, NW, 7th Floor Washington, DC 20001
mpd@dc.gov

**IV. PARTIES**

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

**Defendant: Yogananda Pittman**
Interim Chief during the Jan. 6 2021 timeframe-
United States Capitol Police (USCP)
**Address:** 119 D Street, NE Washington, DC 20510

**Defendant: Muriel Bowser**
Mayor - District of Columbia
**Address:** John A. Wilson Building
1350 Pennsylvania Avenue, NW, Washington, DC 20004
Phone: (202) 727-2643

**Defendant: Christopher Wray**
Director - FBI - Federal Bureau of Investigation
**Address:** 935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001 (202) 324-3000

**Defendant: Regina Lombardo**
Director - ATF - Alcohol, Tobacco, Firearms Agency
**Address:** 99 New York Avenue NE
Washington, DC 20226

**Defendant: Merrick Garland**
Attorney General - The United States Department of Justice Director
**Address:** 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Defendant: Lisa Monaco**
Assistant Attorney General - The United States Department of Justice Assistant Director
**Address:** 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

## V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

This overall claim asserts the massive and cascading result of numerous U.S. Constitutional violations that were committed on January 6th, 2021, by the defendants, their organizations, and their resulting effects that continue as of today. Without immediate changes, challenges to the purported narrative, the demand for personal and organizational accountability to all Americans involved, this egregious behavior toward Americans will continue. Who becomes the next target and when? We as a nation cannot allow this overbearing and tyrannical behavior to continue, and it is challenged today.

(see attached continuation page for specific Statement of Claims)

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

1. Uphold the United States Constitution as written1.
2. Demand that the MPD and USCP undergo retraining for how to treat American citizens exercising their civil rights to any political assembly, even if in opposition.
3. Civil rights are guaranteed on paper, however, physical action ensures they are upheld - respect this right of EVERY American.
4. End the practice of unlawful searches, seizure, detainment, imprisonment, denial of bond, denial to time served, denial in change of venue, the punitive use of plea deals, and superseding indictments.
5. The practice of subjecting non-Muslim faith inmates (ie Christian) to Muslim dietary and eating laws must end immediately.

Signed this _______ day of ________________________, __________.

_______________________________________ ___________________________________________

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_________________________________________________________________________________

(Date) (Signature of Plaintiff)

## V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

Signed this 7 day of MARCH 2024, ________.

[signature] (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

MARCH 7, 2024 [signature]
(Date) (Signature of Plaintiff)